**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| DARWIN GOMEZ CORRALES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Irwin County Detention Center, *et al.*,<br><br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 7:26-CV-268-LAG |

**ORDER**

Before the Court is Petitioner's Motion to Enforce Order Granting Habeas Petition (Motion). (Doc. 5). Therein, Petitioner moves the Court to enforce its September 24, 2026 Order (Doc. 4), which granted Petitioner a bond hearing that comports with due process (Doc. 1). Petitioner contends that though Respondents convened a bond hearing, that hearing was not constitutionally valid and violated this Court's Order. (Doc. 5 at 1). Petitioner further alleges that his arrest by Respondents was unlawful. (*Id.* at 15).

Petitioner alleges that, "[o]n information and belief, Respondents did not have a warrant for Petitioner's arrest[.]" (*Id.* at 3). Petitioner states that Respondents "claimed they had a warrant for Petitioner's arrest but did not provide one." (*Id.* at 3). Petitioner further alleges that Respondents "arrested him without a warrant and without even knowing who Petitioner was." (*Id.* at 15). Respondents have neither disputed nor confirmed Petitioner's statements.

Accordingly, Respondents are hereby **ORDERED** to submit a copy of the warrant for Petitioner's arrest **by no later than Tuesday, November 10, 2026**.

**SO ORDERED**, this 4th day of November, 2026.

/s/ Leslie A. Gardner

**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**